UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:14-CR-91-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | |
| AARON ALEXANDER VEAL | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 29 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendants attorney.

This the **20** day of **January**, 2016.

JAMES C. DEVER
Chief, United States District Judge